UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROGER POOLE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 4:06 CV 487 DDN |
| | ) |
| McHENRY TRUCK EQUIPMENT, INC., | ) |
| | ) |
| Defendant. | ) |

### ORDER

The court having been advised that the parties have settled this action in principle,

**IT IS HEREBY ORDERED** that the trial and other settings are vacated.

**IT IS FURTHER ORDERED** that the parties are granted thirty days from the date of this order in which to file papers finally disposing of this matter.

**IT IS FURTHER ORDERED** that any pending motions are denied without prejudice as moot.

**IT IS FURTHER ORDERED** that defendant may have until August 31, 2006, in which to respond to the complaint in the event the action is not settled.

_____
**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on July 21, 2006.